UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA L. CULBERT, a.k.a ADELL W., | No. LA CV16-01097 JAK (RAOx) |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| MEGAN J. BRENNAN, Postmaster General United States Postal Service, | |
| Defendant. | |

IT IS HEREBY ORDERED that

1. Plaintiff's action is dismissed with prejudice, except as to the breach of contract claim, which is dismissed without prejudice.

2. Because all federal claims have been dismissed with prejudice, continued supplemental jurisdiction over the breach of contract claim is declined.

3. Defendant is awarded costs as the prevailing party in this action.

**IT IS SO ORDERED.**

Dated:  November 20, 2017                                      _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE